**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| DENNIS GUNTER,<br><br>Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>Defendant.<br>_____ | NO. CV-05-0277-MWL<br><br>**JUDGMENT IN A CIVIL CASE** |

### DECISION BY THE COURT:

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED this 13th day of June, 2006.

JAMES R. LARSEN
District Court Executive/Clerk

s/ Alma R. Gonzalez

by: _____
ALMA R. GONZALEZ
Deputy Clerk

cc: all counsel